Daniel F. Fears, Bar No. 110573
dff@paynefears.com
Andrew K. Haeffele, Bar No. 258992
akh@paynefears.com
Leilani E. Jones, Bar No. 298896
llj@paynefears.com
PAYNE & FEARS LLP
4 Park Plaza, Suite 1100
Irvine, California 92614
Telephone: (949) 851-1100
Facsimile: (949) 851-1212

Attorneys for Defendant CVS PHARMACY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| ANDREW J. MADUK, an individual Plaintiff, Plaintiff, v. CVS PHARMACY, INC. a California liability corporation; Doe 1, Doe 2 And Does 3 through 10 inclusive, Defendants. | Case No. 2:22-cv-09340 WLH (PVCx) **The Hon. Wesley L. Hsu** **DEFENDANT'S REQUEST FOR REMOTE APPEARANCE** Judge: Hon. Wesley L. Hsu  Date: December 13, 2024  Time: 1:30 pm  Dept.: 9B Trial Date: March 3, 2025 |
|---|---|

Leilani E. Jones, counsel for Defendant CVS Pharmacy, Inc. ("Defendant"), respectfully requests to appear remotely at the Scheduling Conference set for Friday December 13, 2024, at 1:30 p.m., before the Honorable Wesley L. Hsu.

Defendant contends that good cause exists to appear remotely, as set forth in more detail in the Declaration of Leilani E. Jones in Support of Request to Appear Remotely. Specifically, Ms. Jones recently welcomed her second child and is a

nursing mother. Because she lives in Orange County, traveling to and attending the Scheduling Conference in person is problematic for necessary lactation breaks. Ms. Jones thanks the Court for its consideration of this request.

DATED: December 5, 2024         PAYNE & FEARS LLP
                                Attorneys at Law


                                By:     */s/ Leilani E. Jones*
                                        DANIEL F. FEARS
                                        ANDREW K. HAEFFELE
                                        LEILANI E. JONES

                                Attorneys for Defendant CVS PHARMACY, INC.

4862-5914-9821.1