# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW J. MADUK, an individual Plaintiff,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC. a California liability corporation; Doe 1, Doe 2 And Does 3 through 10 inclusive,<br><br>Defendants. | Case No. 2:22-cv-09340 WLH (PVCx)<br><br>**The Hon. Wesley L. Hsu**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR REMOTE APPEARANCE [ECF NO. 56]**<br><br>Judge: Hon. Wesley L. Hsu<br>Date: December 13, 2024<br>Time: 1:30 pm<br>Dept.: 9B<br><br>Trial Date:    March 3, 2025 |

Pursuant to Defendant's Request for Remote Appearance for the Status Conference on Friday, December 13, 2024, at 1:30 p.m., it is hereby **ORDERED** that Leilani E. Jones may appear via Zoom.

Dated: _____          _____
                                          Hon. Wesley L. Hsu
                                          United States District Judge

4857-1269-7854.2